# United States District Court
# For The Western District of North Carolina
# Charlotte Division

DARRELL RAY DANTE THOMAS,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                              3:12-cv-732-RLV
                                               3:07-cr-195-RLV-DCK-3

USA,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 27, 2012 Order.

                                                        Signed: November 28, 2012

                                                        Frank G. Johns, Clerk
                                                        United States District Court